UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: | GARY M. SPIESS, SR. | CASE NO. 08-11785 |
|---|---|---|
| | ELAINE W. SPIESS | SECTION "A" |
| | DEBTORS | CHAPTER 13 |

## ORDER LIFTING AUTOMATIC STAY

Pursuant to the Order Approving Terms of Stipulation issued herein, signed August 3, 2009, and pursuant to the Affidavit of Default, that the terms of the Order have been violated by debtors, Gary M. Spiess, Sr., and Elaine W. Spiess, and the Court considering the law and the evidence to be in favor thereof:

**IT IS ORDERED** that the automatic stay be lifted as to CitiMortgage's secured claim and affecting the following described immovable property of the debtor's estate:

**A CERTAIN LOT OF GROUND, TOGETHER WITH ALL THE IMPROVEMENTS THEREON, AND ALL THE RIGHTS, WAYS, PRIVILEGES, SERVITUDES, AND APPURTENANCES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING, SITUATED IN THE THIRD DISTRICT OF THIS CITY IN THAT PART THEREOF KNOWN AS SECTION 11, PART D SUBDIVISION, KENILWORTH, AND, ACCORDING TO A PLAN OF SAID SUBDIVISION MADE BY DELAUREAL ENGINEERS, INC., C.E., DATED JUNE 15, 1966, REVISED ON AUGUST 31, 1966, AUGUST 4, 1967 AND JULY 5, 1968, APPROVED BY THE NEW ORLEANS CITY PLANNING COMMISSION ON JULY 17, 1968 UNDER DOCKET NO. 143, FOLIO 67; REGISTERED IN COB 685, FOLIO 348, SAID PARCEL OF GROUND IS DESIGNATED AS LOT 7 OF SQUARE 20, BOUNDED BY MULLET STREET, CURRAN ROAD, REDFISH STREET, AND WALES STREET. ACCORDING TO THE AFORESAID PLAN, SAID LOT FORMS THE CORNER OF MULLET AND WALES STREETS, AND MEASURES THENCE 57 FEET FRONT ON MULLET STREET; 56.72 FEET IN WIDTH IN THE REAR; BY A DEPTH AND FRONT ON WALES STREET OF 111.10 FEET, BETWEEN EQUAL AND PARALLEL LINES. SAID LOT IS A PORTION OF FORMER GROVES 11 AND 12, SECTION 11, AND IS MORE FULLY SHOWN ON THE SURVEY OF J. J. KREBS AND SONS, INC., C.E. & S., DATED OCTOBER 28, 1968, A COPY OF WHICH IS ANNEXED TO ACT BEFORE PHILIP E. JAMES, NOTARY PUBLIC, DATED NOVEMBER 12, 1968.**

ALL IN ACCORDANCE WITH A SURVEY BY GILBERT, KELLY & COUTURIE, INC., SURVEYING & ENGINEERING, DATED APRIL 16, 1991.

IMPROVEMENTS THEREON BEAR THE MUNICIPAL NO. 7820 MULLET ST., NEW ORLEANS, LA 70126.

New Orleans, Louisiana, October 28, 2009.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

Submitted By:

SEALE, SMITH, ZUBER & BARNETTE
(A Registered Limited Liability Partnership)

/s/ Anthony J. Russo, Jr.
ANTHONY J. RUSSO, JR.   #19138
8550 United Plaza Boulevard, Suite 200
Baton Rouge, Louisiana   70809
Telephone:  (225) 924-1600
Attorneys for  CitiMortgage, Inc.